UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-24601-CMA

Liuli Zhou,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

| Defendant No. | Store Name as Identified on Schedule A |
|:---:|:---:|
| 16 | fajihky(7-15days delivery) |
| 18 | JENNIY |
| 21 | guangzhoujunzhimaoyi |
| 38 | WQQZJJ |
| 39 | Yomiee HOME&OUTDOORS |
| 40 | Alaparte - Travel Essentials |
| 41 | amlbb |
| 42 | Apmemiss (USA) |
| 43 | Augper |
| 44 | Xuehua |
| 45 | Baobo Shangqi Trading Inc |
| 49 | Cloud |
| 50 | COFEST |
| 52 | Dealovy Co.Ltd |
| 53 | Dgankt |
| 54 | FAHXNVB |
| 55 | Feltree |
| 56 | FUZHEN KAI |

1

| | |
|---|---|
| 57 | Gu Lan |
| 58 | Zs Home Store |
| 60 | HERESOM |
| 61 | IWRUHZY Co. ltd |
| 62 | Jacenvly |
| 63 | JAYBALLY INC |
| 65 | Jienlioq |
| 66 | JIOAKFA Clothing Shop |
| 68 | kakina CMSX |
| 69 | Kehuo |
| 71 | kidunj |
| 74 | KQJQS |
| 75 | lulshou |
| 76 | MEIHOUS |
| 77 | MOCMKT |
| 80 | Ozmmyan |
| 81 | Pompotops |
| 83 | PRINxy |
| 85 | xingzhendianzi |
| 86 | Realhomelove |
| 88 | SHENGXINY |
| 90 | Sinimoko |
| 94 | Sulgyt |
| 95 | TERGAYEE |
| 96 | Tong Caibo |
| 100 | Weloille |
| 103 | WQJNWEQ (USA) |

Respectfully submitted on this 26th day of January, 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:*/s/ Felipe Rubio*
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433