US0D1005530S

(12) **United States Design Patent**  (10) Patent No.:     **US D1,005,530 S**
Yu                                                          (45) Date of Patent:  ** **Nov. 21, 2023**

(54) **LADDER LIGHT**

(71) Applicant: **Yingliang Yu**, Ma'anshan (CN)

(72) Inventor: **Yingliang Yu**, Ma'anshan (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/893,923**

(22) Filed: **Jun. 5, 2023**

(51) **LOC (14) Cl.** ............................................... **26-05**
(52) **U.S. Cl.**
       USPC ........................................... **D26/25**; D26/76
(58) **Field of Classification Search**
       USPC ........ D26/24, 25, 60, 61, 72, 75, 76, 78, 79,
                      D26/93, 102, 104, 106, 108, 109, 113
       CPC ........ F21S 4/00; F21S 4/10; F21S 4/20; F21S 4/26
       See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D625,032 S | * | 10/2010 | Mollaert | ........................... | D26/3 |
| D658,314 S | * | 4/2012 | Burch | ............................... | D26/3 |
| D775,744 S | * | 1/2017 | Hu | ................................... | D26/2 |
| D824,549 S | * | 7/2018 | Bobel | ............................... | D26/3 |
| D858,853 S | * | 9/2019 | Anastassiades | ........... | F21V 5/02 |
| | | | | | D26/76 |
| D874,046 S | * | 1/2020 | Hogan | .......................... | D26/76 |
| D908,267 S | | 1/2021 | Tang | | |
| D909,630 S | * | 2/2021 | Liu | ............................... | D26/25 |
| D930,224 S | | 9/2021 | Lin | | |
| D946,803 S | | 5/2022 | Pang | | |
| D952,910 S | * | 5/2022 | Li | ............................... | F21V 5/02 |
| | | | | | D26/88 |
| D957,019 S | | 7/2022 | Yang | | |
| D957,020 S | | 7/2022 | Yang | | |
| D961,122 S | * | 8/2022 | Liu | ............................... | D26/25 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CN | 307595855 | * | 10/2022 | |
| CN | 308070844 | * | 2/2023 | |

OTHER PUBLICATIONS

Signworld |SEG LED Ladder Light, posted on Oct. 28, 2020, © Copyright 2023 Signworld America, Inc. [online], [site visited Jul. 12, 2023]. Available from Internet, <URL: https://www.display-wholesale.com/LED-Ladder-Light-p/segll01.htm> (Year: 2020).*

(Continued)

*Primary Examiner* — Cary M Robinson
*Assistant Examiner* — Julie Marie Bailey
(74) *Attorney, Agent, or Firm* — Jose Cherson Weissbrot

(57) **CLAIM**

The ornamental design for a ladder light, as shown and described.

**DESCRIPTION**

FIG. **1** is a front-perspective view of a ladder light, showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof, the right side elevational view is identical;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a partial enlarge view of FIG. **1**;
FIG. **8** is a partial enlarge view of FIG. **2**;
FIG. **9** is a partial enlarge view of FIG. **5**;
FIG. **10** is a partial enlarge view of FIG. **6**; and,
FIG. **11** is a front perspective view of the ladder light, indicating the usage environment.
In the drawings, the dash-dash broken lines depict unclaimed environmental subject matter and form no part of the claimed design. The dash-dot-dash lines in FIGS. **1**, **2**, **5-10** are for annotating boundaries of the enlarged views and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D961,144 S | 8/2022 | Cheng |
| D965,188 S | 9/2022 | Liu |
| D977,184 S | 1/2023 | Huang |
| D982,194 S * | 3/2023 | Qian .............................. D26/25 |
| D984,688 S * | 4/2023 | Zhou .............................. D26/25 |
| D984,689 S * | 4/2023 | Zhou .............................. D26/25 |
| D984,702 S | 4/2023 | Li |
| D984,713 S | 4/2023 | Liu |

OTHER PUBLICATIONS

Amazon |Toordour LED Ladder Light—Indoor Outdoor Decorative Lights . . . posted on Jul. 2, 2022, © 1996-2023, Amazon.com, Inc. [online], [site visited Jul. 12, 2023]. Available from Internet, <URL: https://www.amazon.com/Toodour-LED-Christmas-Lights-Decorations/dp/B0B5N75DB2/ref=asc_df_B0B5N717W6/> (Year: 2022).*

Amazon |Joedoes Christmas Decorations LED Ladder Lights with Climbing Santa Claus . . . posted on Sep. 21, 2022, © 1996-2023, Amazon.com, Inc. [online], [site visited Jul. 12, 2023]. Available from Internet, <URL: https://www.amazon.com/Joedoes-Christmas-Decorations-Ladder-Climbing/dp/B0BG34155M> (Year: 2022).*

* cited by examiner



FIG.1

8

FIG.2



FIG.3

FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10

FIG.11